IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

[redacted] 07 213 S

| | |
|---|---|
| THE TALARIA COMPANY, LLC, d/b/a THE HINCKLEY COMPANY and HINCKLEY YACHT SERVICES, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. IN ADMIRALTY |
| M/V SEA BISCUIT (O.N. 590706), Her Engines, Machinery, Tackle, Apparel, Appurtenances, etc., *in rem*, | |
| Defendant. | |

**ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN**

This Court has reviewed the *Ex Parte* Motion for Appointment of a Substitute Custodian and supporting affidavit filed by plaintiff, The Talaria Company, LLC, doing business as The Hinckley Company and Hinckley Yacht Services, in the above-captioned action. Upon consideration thereof, this Court has determined that the conditions for appointment of a substitute custodian exist pursuant to the terms of Rule E(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Accordingly, it is hereby:

***ORDERED***, that the United States Marshal for the District of Rhode Island be, and is hereby authorized and directed upon arrest of defendant vessel SEA BISCUIT (O.N. 590706), her engines, machinery, tackle, apparel, furniture, equipment, rigging, and all other necessary appurtenances thereto (hereinafter referred to as "Vessel"), pursuant to the *In Rem* Warrant of Maritime Arrest, to surrender the possession thereof to

the substitute custodian named herein, and that upon such surrender the United States Marshals Service shall be discharged from its duties and responsibilities for the safekeeping of said Vessel and held harmless from any and all claims arising whatever out of said substitute custodian's possession and safekeeping of the Vessel; it is further

***ORDERED***, that The Talaria Company, LLC, doing business as Hinckley Yacht Services, One Little Harbor Landing, Portsmouth, Rhode Island 02871 be, and is hereby appointed the substitute custodian of said Vessel to retain the same in its custody for possession and safekeeping until further order of this Court; it is further

***ORDERED***, that the substitute custodian named herein may from time to time come before this Court and suggest other matters it might undertake for the reasonable safekeeping, security and preservation of said Vessel; it is further

***ORDERED***, that as outlined in the substitute custodian's affidavit of Dan W. Shea, Service Manager, all expenses incurred by the substitute custodian for storage, safekeeping and preservation of defendant Vessel shall be deemed *in custodia legis* expenses of the United States Marshal; and it is further

***ORDERED***, that plaintiff's attorney shall serve a copy of this Order upon the owner of defendant Vessel.

Dated at Providence, Rhode Island on this 12th day of June, 2007.

United States ~~District~~ Judge
MAG.

Submitted by:
Norman A. Peloquin, II, Esquire
(RI Bar No. 4146)
NORMAN A. PELOQUIN, II, P.C.
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635.9100
Fax (401) 635.0101