IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE TALARIA COMPANY, LLC, d/b/a THE HINCKLEY COMPANY and HINCKLEY YACHT SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>M/V SEA BISCUIT (O.N. 590706), Her Engines, Machinery, Tackle, Apparel, Appurtenances, etc., *in rem*,<br><br>Defendant. | : | CA 07 213S<br><br>CIVIL ACTION NO.<br>IN ADMIRALTY |

**ORDER FOR MARITIME ARREST
OF DEFENDANT VESSEL**

This Court has reviewed the Verified Complaint, *Ex Parte* Motion for Arrest of Defendant Vessel and supporting papers filed by plaintiff, The Talaria Company, LLC, doing business as The Hinckley Company and Hinckley Yacht Services, in the above-captioned matter. Upon consideration thereof, this Court has determined that the conditions for an *in rem* arrest of defendant vessel pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist. Accordingly, it is hereby:

***ORDERED***, that the Clerk of this Court shall issue forthwith a *In Rem* Warrant of Maritime Arrest for the motor vessel SEA BISCUIT (O.N. 590706), her engines, machinery, tackle, apparel, furniture, equipment, rigging, and all other necessary appurtenances thereto (hereinafter referred to as "Vessel"), directing the United States Marshal for the District of Rhode Island to proceed with all deliberate speed and arrest

said Vessel which is now located at plaintiff's facility at One Little Harbor Landing, Portsmouth, Rhode Island, or any other location within the District of Rhode Island; it is further

***ORDERED***, that any person claiming an interest in said Vessel pursuant to this Order shall upon application to this Court and notice to plaintiff or its attorney be entitled to a prompt hearing at which plaintiff shall be required to show cause why the arrest should not be vacated or other relief granted; it is further

***ORDERED***, that the United States Marshal for the District of Rhode Island shall attach and serve a copy of this Order with the *In Rem* Warrant of Maritime Arrest upon defendant Vessel; and it is further

***ORDERED***, that plaintiff's counsel shall serve a copy this Order, together with the Summons, Verified Complaint, and *In Rem* Warrant of Maritime Arrest upon the owner of the Vessel.

Dated at Providence, Rhode Island on this 12th day of June, 2007.

United States ~~District~~ Judge
MAG.

Submitted by:
Norman A. Peloquin, II, Esquire
(RI Bar No. 4146)
NORMAN A. PELOQUIN, II, P.C.
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635.9100
Fax (401) 635.0101
E-mail: peloquin@sealaw.net