IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

***IN REM* WARRANT OF MARITIME ARREST** CIVIL ACTION NO. CA 07-213

***THE PRESIDENT OF THE UNITED STATES OF AMERICA:***

To the United States Marshal for the District of Rhode Island or his deputies:

***GREETINGS:***

WHEREAS, a Verified Complaint in Admiralty has been filed in this Court entitled:

THE TALARIA COMPANY, LLC,
Plaintiff,
vs.

M/V SEA BISCUIT (O.N. 590706)
Her Engines, Machinery, Tackle, Apparel, and Appurtenances, Etc., *In Rem*
Defendant.

on the 12th day of June, 2002, upon an Admiralty and Maritime claim praying that process issue for the arrest of the aforesaid vessel or other property that is the subject of this action;

YOU ARE THEREFORE COMMANDED to attach and arrest defendant vessel SEA BISCUIT (O.N. 590706), her engines, machinery, tackle, apparel, furniture, equipment, rigging, and all other necessaries appurtenant thereto, now located within this District at plaintiff's facility, One Little Harbor Landing, Portsmouth, Rhode Island, or any other location within the District of Rhode Island, and to detain the same in your custody until further order of this Court respecting same.

Dated at Providence, Rhode Island on this 12th day of June, 2007.

By Order:
DAVID A. DIMARZIO
Clerk of Court

By: Deputy Clerk

<u>Note</u>: **Any claimant of the property seized shall file his/her claim within ten(10) days after this Warrant has been executed, and shall serve his/her answer within twenty (20) days after filing of the claim.**