U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THE TALARIA COMPANY, LLC | 07-213S |
| DEFENDANT | TYPE OF PROCESS |
| M/V SEA BISCUIT, her engines, machinery, etc. | In rem arrest warrant |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
c/o Hinckley Yacht Services

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
One Little Harbor Landing, Portsmouth, Rhode Island 02871

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Norman A. Peloquin, II Esquire
P.O. Box 65
Adamsville, Rhode Island 02801

| | |
|---|---|
| Number of process to be served with this Form - 285 | 01 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

Fold

Please contact the custodian (James Kerr or Dan Shea at 401-683-7280). Client's check 100287 in the amount of $2,500 is attached. Please publish Notice of the Action and Arrest in the Providence Journal in accordance with your custom and practice.

418 3084

Signature of Attorney or other Originator requesting service on behalf of: [signature]
~~Norman A. Peloquin, II~~

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 401-635-9100

DATE: 19 June 2007

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward R. Kawa | 06/20/07 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 6/21/07 Time: 1:30 pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| #135.00 | # 31.04 | 0 | #166.04 | #2,500.00 | CASE PENDING | |

REMARKS:
1 Deputy, 3 hours, 32 miles each way.

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)