IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE TALARIA COMPANY, LLC, d/b/a THE HINCKLEY COMPANY and HINCKLEY YACHT SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>M/V SEA BISCUIT (O.N. 590706), Her Engines, Machinery, Tackle, Apparel, Appurtenances, etc., *in rem*,<br><br>Defendant. | CIVIL ACTION NO. 07-213S<br>IN ADMIRALTY |

**AFFIDAVIT OF SERVICE**

Norman A. Peloquin, II, hereby states under the penalty of perjury pursuant to 28 U.S.C. §1746 that:

1. I am Norman A. Peloquin, II, attorney for plaintiff, The Talaria Company, LLC, doing business as The Hinckley Company and Hinckley Yacht Services.

2. Supplementing the notice requirements under Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, I caused a copy of the attached correspondence, as well as copies of the Verified Complaint, Order of Maritime Arrest, In Rem Warrant of Maritime Arrest and Order Appointing Substitute Custodian, to be served upon William Patton Cassidy, Jr., owner of defendant vessel, SEA BISCUIT. A true copy of the foregoing correspondence without enclosures is attached hereto as Exhibit A.

3. Said notice was served on July 3, 2007, by leaving copies thereof at the residence of Mr. Cassidy which is located at 52 Madequecham Valley Road, Nantucket, Massachusetts, and on July 16, 2007, by handing copies thereof to Mr. Cassidy. A copy of the Constable's Return, dated July 16, 2007, is attached hereto as Exhibit B.

I hereby certify under the penalty of perjury that the foregoing is true and correct on this 24th day of July, 2007.

/s/ Norman A. Peloquin, II
Norman A. Peloquin, II, Esquire
(RI Bar No. 4146)

NORMAN A. PELOQUIN, II, P.C.
16 Main Road, P.O. Box 65
Adamsville, RI 02801
Tel. (401) 635.9100
Fax (401) 635.0101
E-mail: peloquin@sealaw.net

Attorney for
THE TALARIA COMPNAY, LLC

**EXHIBIT A**

LAW OFFICES OF

**SAUNDERS & SAUNDERS, L.L.P.**

ATTORNEYS AND COUNSELLORS AT LAW

700 PLEASANT STREET, 5TH FLOOR
NEW BEDFORD, MASSACHUSETTS 02740

ANDREW B. SAUNDERS
SANDRA G. SAUNDERS
CHRISTOPHER T. SAUNDERS

*Of Counsel*:
NORMAN A. PELOQUIN, II, P.C.†
†*ALSO ADMITTED IN RI*

TELEPHONE: (508) 991-2300
FACSIMILE: (508) 991-8300

E-MAIL: peloquin@sealaw.net

June 26, 2007

**Via In Hand Service**
William Patton Cassidy, Jr.
52 Madequecham Valley Road
Nantucket, Massachusetts 02554

**Re: <u>The Talaria Company, LLC v. M/V SEA BISCUIT</u>,**
**U.S. District Court (Rhode Island), C.A. No. 07-213S**

Dear Sir:

I represent The Talaria Company, LLC, d/b/a Hinckley Yacht Services ("Hinckley"). You are hereby notified that Hinckley has commenced the above-referenced action to foreclose its maritime lien against the motor vessel "SEA BISCUIT" ("Vessel"). Pursuant to an order of the United States District Court (Almond, M/J.), the United States Marshal arrested the Vessel at Hinckley's facility in Portsmouth, Rhode Island on June 21, 2007. Upon arrest, the Marshals Service transferred custody of the Vessel to Hinckley as the court-appointed substitute custodian.

You are hereby notified of the arrest of the Vessel and the pendency of the above-referenced action in accordance with Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules"). You may file a verified claim of ownership ("Claim") pursuant to the provisions of Supplemental Rule C within ten (10) days after the date of arrest, or within such time as may be allowed by the court. You may thereafter file and serve an answer to the Verified Complaint within twenty (20) days after the filing of your Claim.

As owner of the Vessel, you may also redeem possession of the Vessel within ten (10) days after the date of arrest by posting security in accordance with Supplemental Rule E. If you do not redeem the Vessel in the manner set forth therein, the Vessel will be condemned and sold

RHODE ISLAND OFFICE:
16 MAIN ROAD. P.O. BOX 65
ADAMSVILLE, RHODE ISLAND 02801
TEL. (401) 635-9100; FAX (401) 635-9125

by the United States Marshals Service and the proceeds of the sale, if any, will be deposited into the Registry of the District Court to be disposed of according to law. The condemnation and sale of the Vessel, if approved by the Court, will extinguish your ownership interest in the Vessel.

I am enclosing copies of the Verified Complaint in this matter, as well as the Order of Maritime Arrest, In Rem Warrant of Maritime Arrest and Order for Appointment of Substitute Custodian. If you have any questions, please feel free to contact me at (508) 991-2300 or (401) 635-9100.

Very truly yours,

NORMAN A. PELOQUIN, II P.C.

By: ______________________
Norman A. Peloquin, II

NAP:eaf
Enclosures

**EXHIBIT B**

# OFFICER'S RETURN

Nantucket, ss

July 16, 2007

The Talaria Company, LLC v. M/V SEA BISCUIT
U. S. District Court Rhode Island C. A. No. 07-213S

I, this day, served the within letter addressed to William P. Cassidy, Jr., copy of the verified complaint, order of maritime arrest, in rem warrant of maritime arrest and appointment of substitute custodian by posting at the residence of William P. Cassidy, Jr. on July 3, 2007 and by in hand service on July 16, 2007. Last and usual service was made at 52 Madequecham Valley Road and in hand at Holdgate Partners Barnard Valley Road in said Nantucket district of Massachusetts.

Signed under the pains and penalties of perjury this 16th day of July 2007.

Robert R. Reardon, Jr.
Constable

Service Fee: $75.00