KNM:ems 07-210 7/24/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE TALARIA COMPANY, LLC
d/b/a THE HINCKLEY COMPANY
and HINCKLEY YAHCT SERVICES,
*Plaintiff*

V.

CIVIL ACTION NO. 07-213 S
IN ADMIRALTY

M/V SEA BISCUIT (O.N. 590706), Her Engines, Machinery, Tackle, Apparel, Appurtenances, etc., *in rem*,
*Defendant*

# STIPULATION

***In the above-entitled cause it is agreed that the following entry be made:***

The time within which defendant, M/V SEA BISCUIT (O.N. 590706), Her Engines, Machinery, Tackle, Apparel, Appurtenances, etc. *in rem*, may answer or otherwise respond to the plaintiff's complaint in this matter is extended to and including August 3, 2007.

/s/ Norman A. Peloquin, II
Norman A. Peloquin, III, Esq. (#4146)
16 Main Road, P.O. Box 65
Adamsville, RI 02801
(401) 635-9100- telephone
(401) 635-0101 – fax
*Attorney for Plaintiff*

/s/ James T. Murphy
James T. Murphy, Esq. (#1698)
Kelly N. Michels, Esq. (#6478)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 - telephone
(401) 521-7040 – fax
*Attorneys for Defendant*

Dated: July 24, 2007

**PROOF OF SERVICE**

I hereby certify that on July 24, 2007, a true copy of the foregoing document was served upon each attorney of record listed below by electronic filing of this document with the United States District Court for the District of Rhode Island:

Norman A. Peloquin, II, Esq. peloquin@sealaw.net

/s/ James T. Murphy
of Hanson Curran LLP