KNM:ems 07-210 7/24/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE TALARIA COMPANY, LLC
d/b/a THE HINCKLEY COMPANY
and HINCKLEY YAHCT SERVICES,
*Plaintiff*

V.

CIVIL ACTION NO. 07-213 S
IN ADMIRALTY

M/V SEA BISCUIT (O.N. 590706), Her
Engines, Machinery, Tackle, Apparel,
Appurtenances, etc., *in rem*,
*Defendant*

**ENTRY OF APPEARANCE**

I, James T. Murphy, Esq. (#1698) hereby enter my appearance on behalf of defendant, M/V SEA BISCUIT (O.N. 590706), Her Engines, Machinery, Tackle, Apparel, Appurtenances, etc. *in rem*.

/s/ James T. Murphy
James T. Murphy, Esq. (#1698)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – telephone
(401) 521-7040 – fax

**PROOF OF SERVICE**

I hereby certify that on July 24, 2007, a true copy of the foregoing document was served upon each attorney of record listed below by electronic filing of this document with the United States District Court for the District of Rhode Island:

Norman A. Peloquin, II, Esq. peloquin@sealaw.net

/s/ James T. Murphy
of Hanson Curran LLP