KNM:em 07-210 7/31/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE TALARIA COMPANY, LLC<br>d/b/a THE HINCKLEY COMPANY<br>and HINCKLEY YAHCT SERVICES,<br>*Plaintiff* | : | |
| V. | : | CIVIL ACTION NO. 07-213 S<br>IN ADMIRALTY |
| M/V SEA BISCUIT (O.N. 590706), Her<br>Engines, Machinery, Tackle, Apparel,<br>Appurtenances, etc., *in rem*,<br>*Defendant* | : | |

**ENTRY OF APPEARANCE**

I, Kelly N. Michels, Esq. (#6478) hereby enter my appearance on behalf of defendant, M/V SEA BISCUIT (O.N. 590706), Her Engines, Machinery, Tackle, Apparel, Appurtenances, etc. *in rem*.

/s/ Kelly N. Michels
Kelly N. Michels, Esq. (#6478)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – telephone
(401) 521-7040 – fax

**PROOF OF SERVICE**

I hereby certify that on August 1, 2007, a true copy of the foregoing document was served upon each attorney of record listed below by electronic filing of this document with the United States District Court for the District of Rhode Island:

Norman A. Peloquin, II, Esq. peloquin@sealaw.net

/s/ Kelly N. Michels
of Hanson Curran LLP