KNM:ems 07-210 7/26/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE TALARIA COMPANY, LLC
d/b/a THE HINCKLEY COMPANY
and HINCKLEY YAHCT SERVICES,
*Plaintiff*

V.

CIVIL ACTION NO. 07-213 S
IN ADMIRALTY

M/V SEA BISCUIT (O.N. 590706), Her
Engines, Machinery, Tackle, Apparel,
Appurtenances, etc., *in rem*,
*Defendant*

**CLAIM OF INTEREST BY OWNER**

William Patton Cassidy, Jr., a resident of Nantucket, Massachusetts, claimant/owner, specially appears by and through his undersigned counsel, and alleges he is the owner of the vessel M/V SEA BISCUIT, her tackle, engines, equipment and furnishings, and by virtue thereof makes claim to said vessel, asserts his interest and rights to same and further states that he was at the time of the filing of the Complaint herein, and still is, entitled to possess the M/V SEA BISCUIT and defend the *in rem* action herein. This appearance is intended solely for purposes of defending the *in rem* claim against the vessel, and is restricted to same under Supplemental Rule E (8), and does not constitute an appearance *in personam*.

WHEREFORE, William Patton Cassidy, Jr. prays to defend accordingly.

Attorney for Claimant:

/s/ James T. Murphy

James T. Murphy, Esq. (#1698)
Kelly N. Michels, Esq.(#6478)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – telephone
(401) 521-7040 – fax
jtm@hansoncurran.com
knm@hansoncurran.com

STATE OF MASSACHUSETTS
COUNTY OF NANTUCKET

William P. Cassidy, Jr., being duly sworn, deposes and says: I am the claimant and owner of *M/V Sea Biscuit* described in the foregoing claim of interest. I have read the claim and know the contents thereof, and the same is true to my own knowledge, except as to matters therein stated to be upon information and belief, as to those matters, I believe it to be true.

William P. Cassidy, Jr.

STATE OF MASSACHUSETTS
COUNTY OF NANTUCKET

Subscribed and sworn to by me under the pains and penalties of perjury this 2ND day of August, 2007.

Joan Kirsten Skar
JOAN KIRSTEN SKAR, Notary Public
My Commission Expires March 12, 2010

**PROOF OF SERVICE**

I hereby certify that on August 2, 2007, a true copy of the foregoing document was served upon each attorney of record listed below by electronic filing of this document with the United States District Court for the District of Rhode Island:

Norman A. Peloquin, II, Esq. peloquin@sealaw.net

/s/ James T. Murphy
of Hanson Curran LLP