**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THE TALARIA COMPANY, LLC, d/b/a THE HINCKLEY COMPANY and HINCKLEY YACHT SERVICES<br>Plaintiff<br><br>v.<br><br>M/V SEA BISCUIT (O.N. 590706), Her Engines, Machinery, Tackle, Apparel, Appurtenances, etc., *in rem*,<br>Defendant | C.A. No. 07-213 S<br><br>IN ADMIRALTY |

**NOTICE OF CHANGE OF ADDRESS AND LAW FIRM**

Counsel for the Plaintiff The Talaria Company, LLC respectfully requests that this Honorable Court change the docket to reflect counsel's change of address and law firm, effectively immediately, to the following information.

Norman A. Peloquin, II, *Of Counsel*
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (FAX)
Email: nap@psh.com

THE TALARIA COMPANY, LLC

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Norman A. Peloquin, II

Norman A. Peloquin, II, (# 4146)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2007, a copy of the foregoing NOTICE OF CHANGE OF ADDRESS AND LAW FIRM was filed electronically with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record at the email address listed below:

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster street
Providence, RI 02903
jtm@hcpw.com

/s/ Norman A. Peloquin, II_________

939686_1/99998-75