**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THE TALARIA COMPANY, LLC,
d/b/a THE HINCKLEY COMPANY
and HINCKLEY YACHT SERVICES,

Plaintiff,

v.

M/V SEA BISCUIT (O.N. 590706), Her
Engines, Machinery, Tackle, Apparel,
Appurtenances, etc., in rem,

Defendant.

CIVIL ACTION NO. 07-213S
IN ADMIRALTY

**NOTICE OF TAKING DEPOSITION**

**TO:** James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

You are hereby notified that on Friday, February 1, 2008 at 4:30 p.m., plaintiff, The Talaria Company, LLC, d/b/a The Hinckley Company and Hinckley Yacht Services will take the deposition upon oral examination of the **Keeper of the Records for Commercial and Fine Art Photography** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a notary public, a disinterested and unrelated party, duly authorized to administer the oath according to the laws of the State of Rhode Island. The oral examination will be taken at the offices of Partridge Snow & Hahn, LLP, 180 South Main Street, Providence, Rhode Island 02903**,** and will continue from day to day until completed.

The witness is required to produce at the deposition any and all documents and/or tangible things referred to in **Schedule A** to the subpoena *duces tecum* to be issued and served

upon the deponent. A copy of the **Schedule A** is attached hereto in accordance with Rule 30(b)(1).

You are invited to attend the deposition and cross examine the witness.

Dated: January 14, 2008

Respectfully submitted,

/s/ Norman A. Peloquin, II___________
Norman A. Peloquin, II (*Pro Hac Vice)*
*Of Counsel*
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
Telephone: (401) 861-8200
Facsimile: (401) 861-8210

**CERTIFICATE OF SERVICE**

I hereby certify on this 14th day of January, 2008, that a true and correct copy of the foregoing Plaintiff, THE TALARIA COMPANY, LLC, D/B/A THE HINCKLEY COMPANY AND HINCKLEY YACHT SERVICES' NOTICE OF TAKING DEPOSITION was served via email to the following counsel of record:

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, Rhode Island 02903
jtm@hcpw.com

Email: jtm@hansoncurran.com
knm@hansoncurran.com

/s/ Norman A. Peloquin_______________
Norman A. Peloquin, II
*Of Counsel*

# ADDENDUM A

1. All documents or electronically stored information, including e-mail, having as their subject matter, evidencing, or referring to the condition, maintenance and repair of the vessel SEA BISCUIT ("Vessel").

2. All documents or electronically stored information, including e-mail, having as their subject matter, evidencing, or referring to any examination, inspection or survey of the Vessel.

3. All documents or electronically stored information, including, without limitation, correspondence and communications between you and Mr. William P. Cassidy, Jr., having as their subject matter, evidencing, or referring to any examination, inspection or survey of the Vessel.

4. All documents or electronically stored information, including, without limitation, correspondence and communications between you and Mr. William P. Cassidy, Jr., having as their subject matter, evidencing, or referring the condition, maintenance or underlying agreement to repair and re-fit of the Vessel.

5. All documents or electronically stored information, including, without limitation, correspondence and communications between you and Hinckley Yacht Services and its employees, having as their subject matter, evidencing, or referring the condition, maintenance or underlying agreement to repair and re-fit of the Vessel.

6. To the extent not sought in the preceding requests, all other documents or electronically stored information in the nature of plans, drawings or specifications relating to the underlying agreement to repair and re-fit of the Vessel.

961671_1/7814-2