THE HINCKLEY COMPANY®
Since 1928

# RECEIPT

Hinckley Yacht Services is hereby in receipt of a Fifty Thousand ($50,000.00) Dollar deposit from Bill Cassidy, owner of the 43' Rybovich (Sea Biscuit). Deposit to be used toward the refit of Sea Biscuit.

9-27-05
Date

Joseph F. Kiley
Service Manager
Hinckley Yacht Services

EXHIBIT
Blumberg No. 5118
A

ANNAPOLIS
301 FOURTH ST., BOX 24
ANNAPOLIS, MD 21403
410-263-0095

STUART
4480 S.E. ROBERTSON ROAD
STUART, FL 34997-2301
772-403-5387

PORTSMOUTH
ONE LITTLE HARBOR LANDING
PORTSMOUTH, RI 02871
401-683-7005

SOUTHWEST HARBOR
130 SHORE RD.
SOUTHWEST HARBOR, ME 04679
207-244-5531

www.thehinckleycompany.com