HYS-0004

SOUTHERN REALTY TRUST
P.O. BOX 23
NANTUCKET, MA 02554

53-7013/2113
660207573

1356

DATE 1/23/06

PAY TO THE ORDER OF Hinckley's $ 200,000.00

Two Hundred Thousand & xx/100 DOLLARS

Security Features Included. Details on Back.

Nantucket Bank 01
*a division of Sovereign Bank*

MEMO Seabiscuit

MP

⑆211370134⑆ 88 0207573⑈ 1356

© DELUXE WALLET OR DUPLICATE SAFETY PAPER

EXHIBIT B

Blumberg No. 5118