
SOUTHERN REALTY TRUST
NANTUCKET, MA 02554
1568
DATE 12/29/06
PAY TO THE ORDER OF Hinden's $ 50,000.00
Fifty Thousand 00/100 DOLLARS
Nantucket Bank
MEMO Bocuit
⑆211370134⑆ 88 0207573⑈ 1568 ⑈0005000000⑈

#1568 Paid 20070102 $50,000.00


SOUTHERN REALTY TRUST
P.O. BOX 23
NANTUCKET, MA 02554
1570
DATE 12/30/06
PAY TO THE ORDER OF DCL Painting Co. $ 6524.20
Six Thousand Five Hundred Twenty Four 20/100 DOLLARS
Nantucket Bank
MEMO
⑆211370134⑆ 88 0207573⑈ 1570 ⑈0000652420⑈

#1570 Paid 20070105 $6,524.20


SOUTHERN REALTY TRUST
P.O. BOX 23
NANTUCKET, MA 02554
1571
DATE Jan. 5, 06
PAY TO THE ORDER OF Keefer Industries $ 48,604.00
Forty Eight Thousand Six Hundred Four 00/100 DOLLARS
Nantucket Bank
MEMO 3 Sheep Pd (Old Grant)
⑆211370134⑆ 88 0207573⑈ 1571 ⑈0004860400⑈

#1571 Paid 20070110 $48,604.00


SOUTHERN REALTY TRUST
P.O. BOX 23
NANTUCKET, MA 02554
1572
DATE 1/17/07
PAY TO THE ORDER OF Ray Sylvia $ 1800.00
Eighteen Hundred 00/100 DOLLARS
Nantucket Bank
⑆211370134⑆ 88 0207573⑈ 1572 ⑈0000180000⑈

#1572 Paid 20070117 $1,800.00


SOUTHERN REALTY TRUST
P.O. BOX 23
NANTUCKET, MA 02554
1573
DATE 1/7/07
PAY TO THE ORDER OF Catherine Cook $ 6000.00
Six Thousand 00/100 DOLLARS
Nantucket Bank
⑆211370134⑆ 88 0207573⑈ 1573 ⑈0000600000⑈

#1573 Paid 20070118 $6,000.00


SOUTHERN REALTY TRUST
P.O. BOX 23
NANTUCKET, MA 02554
1574
DATE 1/17/06
PAY TO THE ORDER OF 954 $ 1170.00
Eleven Hundred Seventy DOLLARS
Nantucket Bank
⑆211370134⑆ 88 0207573⑈ 1574 ⑈0000117000⑈

#1574 Paid 20070117 $1,170.00


SOUTHERN REALTY TRUST
P.O. BOX 23
NANTUCKET, MA 02554
1575
DATE 1/22/07
PAY TO THE ORDER OF Keefer Industries $ 110347.00
One Hundred Ten Thousand Three Hundred Forty Seven 00/100 DOLLARS
Nantucket Bank
MEMO Ryder
⑆211370134⑆ 88 0207573⑈ 1575 ⑈0011034700⑈

#1575 Paid 20070125 $110,347.00


SOUTHERN REALTY TRUST
P.O. BOX 23
NANTUCKET, MA 02554
1576
DATE Jan. 29 07
PAY TO THE ORDER OF Joan Skar $ 3276.00
Three Thousand Two Hundred Seventy Six 00/100 DOLLARS
Nantucket Bank
MEMO Ryder (Commission)
⑆211370134⑆ 88 0207573⑈ 1576 ⑈0000327600⑈

#1576 Paid 20070129 $3,276.00

EXHIBIT C