**Elizabeth M. Siegel**

**From:** Matt [mattsmithna@gmail.com]
**Sent:** Friday, November 16, 2007 2:47 PM
**To:** Billy Cassidy
**Subject:** Sea Biscuit drawings
**Attachments:** Stbd-tank.pdf; Air-Intakes.pdf; Eng-room-rev4.pdf; ER-HATCH.pdf; Fwd-pro.pdf; Port-tank.pdf; SB-201-R2.pdf; SB-Bulkheads.pdf; SB-Cockpit-BH.pdf; SB-Day-head.pdf; SB-Galley-r1.pdf; SB-Head-rev3.pdf; SB-helm.pdf; SB-helm-panel.pdf; SB-ice-box.pdf; SB-Marble-head.pdf; SB-Marble-head-section.pdf; SB-Shafting.pdf; SB-Tank-sections.pdf

Billy,

Here are all of the drawings that I created for SEA BISCUIT. I will send the estimates that I have from Hinckley as a separate email.

Matthew Smith, Naval Architect
6 River Oak Road
Barrington, RI 02806
401.245.0008 office
401.477.4152 cell
MattSmithNA@gmail.com

EXHIBIT F

Stbd-tank




Blumberg No. 5118
EXHIBIT
F1

Air-Intakes







SECTION THROUGH GRILLE

3" = 1'-0" Scale

**Mechanical details**

Engines = Twin Caterpillar C9's
Rating = 503hp @2500 rpm

Generator = Caterpillar C1.5
Rating = 13 kW @1800 rpm

Air intake clear area = 370 sq.in / per side
Total intake area = 740 sq.in

MATTHEW SMITH
NAVAL ARCHITECT

HINCKLEY YACHT SERVICES
ONE LITTLE HARBOR LANDING PORTSMOUTH, RHODE ISLAND 02871
Tel: (401) 683-7100 Fax (401) 683-7118

**SEA BISCUIT**
Engine Air Intake Grilles
$1\frac{1}{2}$" = 1'-0" Scale
Aug. 11th, 2006

EXHIBIT
F2
Blumberg No. 5118

Eng-room-rev4




EXHIBIT F3

Blumberg No. 5118

ER-HATCH







EXHIBIT F4

Blumberg No. 5118

MATTHEW SMITH
NAVAL ARCHITECT

HINCKLEY YACHT SERVICES
ONE LITTLE HARBOR LANDING PORTSMOUTH, RHODE ISLAND 02871

**SEA BISCUIT**
Engine Room Hatch Layout
Scale 1:40
December 20, 2005

Fwd-pro



EXHIBIT
F5

Port-tank




EXHIBIT
F6
Blumberg No. 5118

SB-201-R2




EXHIBIT
F7

SB-Bulkheads



SB-Cockpit-BH




EXHIBIT
F9

SB-Day-head




EXHIBIT F10




EXHIBIT F11
Blumberg No. 5118

SB-Galley-r1

SB-Head-rev3




EXHIBIT
F12




SB-helm

EXHIBIT F13




SB-helm-panel

EXHIBIT
F14




EXHIBIT
F15
Blumberg No. 5118

SB-ice-box

SB-Marble-head




EXHIBIT F16

MATTHEW SMITH
NAVAL ARCHITECT

HINCKLEY YACHT SERVICES
ONE LITTLE HARBOR LANDING PORTSMOUTH, RHODE ISLAND 02871
Tel (401) 683-7100 Fax (401) 683-7118

SEA BISCUIT
Fwd Head Arrangement
½" = 1'-0" Scale
January 23, 2007


SB Marble-head-section
HINCKLEY YACHT SERVICES
Marble Seat
Marble tiles
laid in brick pattern
MATTHEW SMITH
NAVAL ARCHITECT
SEA BISCUIT
Fwd Head Section
Scale 3/4"=1'-0"
January 23, 2007
EXHIBIT
F17




SEA BISCUIT SHAFTING
Dec. 13, 2006

SB-Shafting

EXHIBIT
F17


AFT END
8" EXHAUST HOSE
2 1/2" DECK BEAM
BOTTOM FRAME
7.0 sq.ft.
FLOOR
BAIT WELL
FORWARD END
8" VERNAY OVAL MUFFLER #1400044
7.8 sq.ft.
TANK SITS ON 1/4" RUBBER PADS
FUEL PICKUP TUBE
BAIT WELL
MATTHEW SMITH
NAVAL ARCHITECT
HINCKLEY YACHT SERVICES
ONE LITTLE HARBOR LANDING PORTSMOUTH, RHODE ISLAND 02871
SEA BISCUIT
Tank Sections
¾" = 1'-0" Scale
Rev. 1, March 2, 2006
SB-Tank-sections

EXHIBIT F18