HINCKLEY YACHT SERVICES

# CONTRACT

Service Request Order: 531488

OWNER NAME: Billy Cassidy
ADDRESS: Po Box 23
X Nantucket, MA
X 02554
HOME: 508 735 5159
BUSINESS:
FAX:
CELL PHONE: 508 228 3901
EMAIL:
CAPTAIN NAME: Billy Cassidy

BOAT NAME: Sea Biscuit
HAILPORT: Nantucket
MFG/YEAR: Rybo
POWER ☒ SAIL ☐ JET ☐
LOA: 43 BEAM: DRAFT:
KEY/COMBO: MAST LENGTH:
DROP OFF DATE: Mid Oct
**PICK UP/DELIVERY DATE:**
DINGHY TYPE: OTBD TYPE:
CAPTAIN PHONE:

**CHECK ONE**

| TRANSIENT DOCKAGE | MONTHLY DOCKAGE | WINTER STORAGE INSIDE | WINTER STORAGE OUTSIDE | SUMMER INSIDE STORAGE | SUMMER OUTSIDE STORAGE |
|---|---|---|---|---|---|
| INCLUDES: MARINA SERVICES | INCLUDES: MARINA SERVICES | INCLUDES: HAUL & LAUNCH PRESSURE WASH BLOCKING | INCLUDES: HAUL & LAUNCH PRESSURE WASH BLOCKING | INCLUDES: HAUL & LAUNCH PRESSURE WASH BLOCKING | INCLUDES: HAUL & LAUNC PRESSURE WAS BLOCKING |
| RATE | RATE | RATE | RATE | RATE | RATE |
| $3.25/ft/nt | $40.00/ft | $130.00/ft Heated - $170.00/ft | $50.00/ft | $99.00/ft | $50.00/ft |

**LENGTH OF STAY (CHECK ONE)**

| DURATION OF STAY (TRANSIENT DOCKAGE ONLY) | WINTER SEASON (November 1 to April 30) | SUMMER SEASON (May 1 to October 31) |
|---|---|---|
| / / TO / / | | |

COMMENTS:
Refit

**CREDIT CARD TYPE:** M/C VISA AMEX
**CC # :**
**EXPIRATION DATE:**

TOTAL AMOUNT: $

NOTE: STORAGE CUSTOMERS, BOATS ARE ALLOWED (5) DAYS FREE DOCKAGE AFTER DELIVERY DATE. FROM THERE AF DAILY DOCKAGE OR MARINA SERVICE CHARGES WILL APPLY TO BOAT.
A 50% deposit is required to reserve a space. All charges are due upon invoicing. WE REQUIRE PAYMENT OF THE ACCOUNT BALANCE BEFORE DEPARTURE.
Vessel lengths will be calculated as total length (to include bowsprits, boomkins, swim platforms, etc.) all boat lengths will be rounded to the nearest whole foot. Hinckley Yacht Services reserves the right to levy utility surcharge electric service use greater than 30 amps. Any deviation from these terms must be agreed to by Hinckley Yacht Services management. Charges for all work performed by Hinckley Yacht Services are the sole responsibility of the It is understood and agreed that the owner is responsible for payment of the full invoice amount whether or not he/she is entitled to reimbursement by an insurer.

I have read and accept the terms and conditions provided herein including the reverse side of this page.

Sign: ______________________ Date: ____________
Owner

Sign: ______________________ Date: ____________
Hinckley Yacht Services

One Little Harbor Landing, Portsmouth, Rhode Island 02871
Tel: 401-683-7100 ** Fax: 401-683-7118

EXHIBIT G

HYS-0001

# TERMS OF CONTRACT

This AGREEMENT made and entered into this date by and between HINCKLEY YACHT SERVICES, having its office at One Little Harbor Landing, Portsmouth, RI ("BOAT YARD") and the owner of t
contracted boat (the "Boat") whose name and address appear on reverse side, ("THE OWNER").

In addition to the terms herein, THE OWNER agrees to comply with reasonable rules and regulations as established from time-to-time by the BOAT YARD.

1. THE OWNER represents and warrants that his Boat complies with the safety requirements of the U.S. COAST GUARD, as to its construction and equipment.
2. THE OWNER shall obey all laws, ordinances and regulations, including limitation of dumping of refuse into the harbor. In the event OWNER fails to obey any such laws, ordinances and regulations,
BOAT YARD shall have the right to immediately cancel this Agreement, upon written notice to OWNER, and BOAT YARD shall be entitled to retain all payments including the deposit as liquidated
damages.
3. OWNER shall furnish the BOAT YARD contact information including an address and day and night telephone numbers at which the OWNER can be reached in the event of an emergency. It shall be
OWNER's sole responsibility to keep the emergency contact information current with the BOAT YARD, as well as, OWNER's correct mailing address. THE OWNER will provide the BOAT YARD
with a set of main door or hatch keys and ignition keys. The boat will only be entered by the BOAT YARD's agents and employees for service or with the authority of THE OWNER. No other person
will be allowed on the Boat without permission.
4. In the event of a severe storm or hurricane, the BOAT YARD, as an accommodation, will attempt, to the extent practicable and possible, as determined by BOAT YARD in its sole discretion, to take
measures in order to prevent or minimize damage to all boats stored in the Boat Yard at the time of the storm. Such measures shall be at the sole discretion of the BOAT YARD, and the costs associatec
with such measures shall be borne pro rata among all the boats stored in the Boat Yard at the time of the storm. Notwithstanding the foregoing, BOAT YARD shall not be responsible in any way for the
protection and/or damages to the OWNER'S Boat. OWNER assumes all risk of loss for his Boat while stored in the yard, regardless of the circumstances.
5. OWNER shall not store any gear, stairways, or personal property of any kind on the wharf way.
6. OWNER shall be liable to BOAT YARD for any and all claims, liabilities, costs or damages (including without limitation reasonable attorneys fees) arising from OWNER's storage of his Boat at the Bo
Yard, whether or not caused by OWNER, his agents, employees or guests, including without limitation damage caused to the floats, facilities or other boats in the yard. OWNER shall indemnify and hol
BOATYARD harmless from and against any of the foregoing.
7. Open fires, outdoor grills and similar apparatuses are absolutely prohibited on any boat or anywhere on the premises controlled by the BOAT YARD. OWNER shall not be permitted, at any time, to use
or store heaters at its Boat or anywhere on the premises. In the event Owner fails to comply with this provision, BOAT YARD shall have the right to immediately cancel this Agreement, upon written
notice to OWNER and BOAT YARD shall be entitled to retain all payments, including the deposit.
8. All payments made hereunder, including the deposit, are non-refundable, regardless of whether OWNER actually utilizes the space.
9. THE OWNER is not permitted to use berth for any boat (or dinghy) other than as listed on reverse side (only 1 boat may occupy slip). Special dinghy rate will be provided for dinghy to be kept in the
same slip space.
10. OWNER shall secure its Boat in its berth in a manner acceptable to BOAT YARD. BOAT YARD shall have the right to cure any deficiencies it finds, after notice to the OWNER, and assess OWNER a
service fee for such cure.
11. THE OWNER consents and agrees that the BOAT YARD may temporarily move THE OWNER'S Boat to a different location, berth or mooring, in the event the BOAT YARD conducts an event at the
BOAT YARD.
12. The BOAT YARD reserves the right to reject any application for a berth and to terminate any agreement, without prior notice when, in the sole opinion of the BOAT YARD, questions of safety or public
interest are involved.
13. Disorder, depredation or indecorous conduct by THE OWNER or his guests and visitors, as determined in the sole discretion of the BOAT YARD, shall be cause for immediate cancellation of this
Agreement and forfeiture of all payments, including the deposit.
14. Electricity is to be used for light and minor appliances and not for heating, air conditioning or large freezers.
15. Prior to hauling, THE OWNER will leave keys and/or combinations with the BOAT YARD for use during the storage period. Any changes in locks or combinations will be reported to the BOAT YARD
immediately.
16. "FOR SALE" or other such signs will not be permitted without the written permission of the BOAT YARD.
17. No outside labor is permitted on the Boat unless written permission is granted by the BOAT YARD. Outside service contractors/technicians may be arranged through the BOAT YARD, which retains the
sole discretion to approve such arrangements in advance.
18. OWNER shall not be permitted to assign or transfer this Agreement. OWNER shall immediately notify BOAT YARD in writing of any change in ownership of the Boat subject to this agreement.
Notwithstanding any change in ownership of the Boat, OWNER shall remain responsible for any and all payments and obligations under this Agreement, unless the new owner enters into a new
agreement with BOAT YARD for the storage of the Boat and such agreement is accepted by BOAT YARD.

18A. OWNER'S right to store the Boat in the BOAT YARD is for the Season as indicated on the reverse side of this Agreement. On or prior to the last day of the Season, OWNER shall schedule a time to with
the BOAT YARD to launch the Boat, provided that all charges due the BOAT YARD have been paid in full. The Boat may remain in the BOAT YARD after the expiration of the Season, upon the terms
and conditions set forth herein, provided that the Owner has made the necessary arrangements to launch the Boat with the BOAT YARD at the end of the Season. In the event the (i) OWNER fails to
make the necessary arrangements to launch the Boat at the end of the Season or, (ii) OWNER is delinquent in paying the storage charges due hereunder, at the expiration of the Season, OWNER shall
charged for each day that the Boat remains at the BOAT YARD after the last day of the Season. The storage rate charged to the OWNER for each day that the Boat remains in the BOAT YARD after
last day of the Season shall be equal to the daily storage rate then in effect at the BOAT YARD.

19. DISCLAIMER OF LIABILITY
   - A. OWNER shall indemnify and hold BOAT YARD harmless from and against any and all claims, losses, liabilities, obligations or, damages asserted by any of OWNER's guests, family or business
invitees for injury to person or property occurring at the premises owned by the BOAT YARD.
   - B. In the event the OWNER'S Boat is hauled, stored or launched in or out of the water by the BOAT YARD, such action will be at THE OWNER's risk. The BOAT YARD shall not be liable for any
damage, loss or delay caused by Act of God, or by the public enemy, wars, insurrection, strikes, labor trouble, riots, fire, earthquake, hurricanes, vandals, thieves, or the nature of or any defect in
the Boat or its cradle, blocking or storing, as delivered to the BOAT YARD, or by deterioration by time, rot, termites, leakage or all the weather elements including rain, frost, hail, snow or ice.
OWNER assumes all risk of loss and all consequences arising from the hauling or launching of the Boat, in or out of the water, and expressly releases and indemnifies Hinckley from and against
any and all liability, claims, losses, damages and obligations, including without limitation, loss of use of the Boat and/or any injury to property or person.
   - C. BOAT YARD shall not be chargeable with knowledge of the contents of OWNER's Boat. OWNER assumes all risk of loss and injury to his Boat and the contents thereof in connection with his storage at the BOAT YARD's facility.
grounds are theft or fireproof. No warranty or representation is made that any of the BOAT YARD's buildings, docks, or storage
   - D. The OWNER's Boat is not insured by the BOAT YARD and the storage rates herein do not include any insurance by the BOAT YARD. The BOAT YARD is not an insurer nor does it assume any
obligations of any insurer with respect to loss or damage to the OWNER's Boat while on the premises of the BOAT YARD.
   - E. The BOAT YARD shall have no liability in connection with any goods, parts or materials provided by THE OWNER, all of which shall be solely the responsibility of THE OWNER. It is also
agreed that any liability for labor done by the BOAT YARD's employees or agents shall by limited to repair or replacement of defective material, parts, goods(directly supplied by BOAT YARD)
or workmanship. The BOAT YARD shall not be liable for loss or loss of use of the Boat. THE BOAT YARD WITH EXCEPTION OF ANY WARRANTIES GRANTED IN THIS
**CONTRACT, HEREBY DISCLAIMS ALL WARRANTIES EITHER EXPRESSED OR IMPLIED, INCLUDING ALL WARRANTIES OF MERCHANTABILITY, FITNESS FOR A
PARTICULAR PURPOSE, AND ANY OTHER WARRANTIES THAT MAY HAVE ARISEN IN THE COURSE OF DEALING OR USAGE OF TRADE.**

20. LATE CHARGE. If THE OWNER shall fail to pay any amount due hereunder within fifteen (15) days after the due date, THE OWNER shall also pay to the BOAT YARD interest on the amount
overdue from its original due date at a rate of the lesser of 1-1/2% per month or the maximum rate allowed by law, such interest to be payable as additional fees due hereunder. Further, in such event that
THE OWNER does not timely pay any amount due hereunder within fifteen (15) days after its due date, the BOAT YARD shall be entitled to stop work requested by THE OWNER and/or terminate the
Agreement for storage. The payment of such late charge, the right to stop work, and termination of the Agreement, shall be in addition to all other legal rights and remedies available to the BOAT YARD
in the case of non-timely payment or THE OWNER's failure to pay when due any amounts required hereunder.
21. MARITIME LIEN. The parties agree that the storage undertaken herein and any service work requested and performed by the BOAT YARD are necessary and proper to the preservation of the Boat in a
seaworthy condition. All work will be performed on a "Cash when Invoiced" basis. THE OWNER agrees to pay all costs and expenses incurred by the BOAT YARD (i) in any action taken to enforce
any obligations owed hereunder (ii) the payment of any sums due and payable by THE OWNER to the BOAT YARD for services rendered and materials and supplies purchased and (iii) for storage space
and launching and such other services as may be provided. THE OWNER agrees that the BOAT YARD may haul the Boat without process of law, if it deems that it is the most economical and
convenient means of holding the Boat until paid in full in cash or equivalent thereof. THE OWNER agrees and stipulates that charges arising from service upon the Boat or storage shall in every instance
give rise to a Maritime Lien against the Boat as well as a State Lien. Such liens shall extend to late charges and expenses incurred by the BOAT YARD in any actions to collect unpaid charges not paid
when due. THE OWNER and the BOAT YARD agree to stipulate that the BOAT YARD shall have the right to regain possession of the Boat (with or without process of law) and to hold it again
thereafter until paid in full. No release of possession of the Boat by the BOAT YARD shall be construed as creating a waiver or surrender of any rights or remedies hereunder by the BOAT YARD.
22. **THE OWNER agrees and understands that in the event the fees and/or any other charges are not paid when due and such nonpayment is continued for ninety (90) days, THE OWNER's Boat
may be sold by the BOAT YARD at a nonjudicial sale as provided in Chapter 34-46 of the Rhode Island Statutes for such charges, together with such costs and expenses as may be incurred
with such sale, including, but not limited to, a sales commission and reasonable attorney's fees and costs. Notice will be sent to THE OWNER at the address appearing on the reverse side of
this Agreement. It is THE OWNER's responsibility to inform the BOAT YARD of any change of address. This provision is not in lieu of any federal or state maritime lien. BEWARE—THE
BOAT AND ITS CONTENTS MAY BE SOLD AT PUBLIC AUCTION FOR FAILURE TO PAY STORAGE CHARGES.**
23. Failure of either party to enforce any of its rights hereunder shall not constitute a waiver of such rights or any other rights hereunder.
24. If any acts of The Owner require that the BOAT YARD retain an attorney to institute collection proceedings for payment due or to become due under this Contract or require the BOAT YARD to retain
an attorney to bring or participate in any collection procedures, lawsuits, equity suit or other proceedings to enforce this Contract, or any provision thereof, to rescind the same, to collect damages for an
alleged breach thereof, or for a declaratory judgment thereunder, then the BOAT YARD, whether plaintiff or defendant, shall be entitled to receive from THE OWNER reimbursement of all reasonable
expenses of collection or enforcement including reasonable attorneys' fees and costs of the suit.
25. This Agreement sets forth the entire understanding of the parties, and there are no representations, warranties, covenants or conditions, either precedent or subsequent, unless herein specifically contai.
All the terms and provisions of this Agreement shall be binding upon and inure to the benefit and be enforceable by and against the parties hereto their respective heirs, executors administrators,
successors and assigns. No waiver, modification or amendment of any provision of this Agreement shall be deemed to be a waiver of any subsequent breach thereof, or the breach of any other provision
hereof. This Agreement shall be governed by the laws of the State of Rhode Island without reference to conflict of law principles.
26. This Agreement is subject and subordinate in all respects to all matters of record title (collectively, the "Senior Instruments"), including, without limitation, each deed, mortgage, ground or master lease, or
lease entered into in connection with any sale-leaseback transaction, which may now or hereafter be placed on or affect the yard or Boat Yard's other real estate (collectively, the "Premises") or any
portion thereof, or Boat Yard's interest or estate in the Premises or any portion thereof, and to each advance made or hereafter to be made under any Senior Instrument, and to all renewals, modifications,
consolidations, replacements, or extensions of, and to all substitutions for, any Senior Instrument, whether now or hereafter in effect.

By executing the reverse of this contract, THE OWNER acknowledges that the above terms have been read, understood and are incorporated herein by reference.