RETURNED DEPOSITED ITEM NOTICE DATE 03-14-07

| AMOUNT | REASON | MAKER | FEE | DEPOSIT DATE | REFERENCE |
|---|---|---|---|---|---|
| 150,000.00 | STOP PAYMENT | | 7.00 | 03-09-2007 | 0000148199 |

| | | | |
|---|---|---|---|
| 150,000.00 | TOTAL FOR 1 ITEMS | TOTAL FEE | 7.00 |

THE ITEM(S) SHOWN ABOVE WAS DEPOSITED TO YOUR BANK ACCOUNT, BUT IT HAS BEEN RETURNED UNPAID FOR THE REASON INDICATED. WE HAVE ENCLOSED THE ITEM AND SUBTRACTED THE AMOUNT FROM YOUR ACCOU BALANCE, AS WELL AS CHARGED YOUR ACCOUNT THE ITEM FEE. PLEASE UPDATE THE BALANCE IN YOUR ACCOUNT. IF YOU HAVE ANY QUESTIONS OR CONCERNS, PLEASE CONTACT US AT THE NUMBER LISTED BELOW. THANK YOU.

THE TALARIA COMPANY, LLC
DBA THE HINCKLEY CO
RI OPERATING ACCOUNT
ONE LITTLE HARBOR LANDING
PORTSMOUTH RI 02871

DEPOSITING ACCOUNT NUMBER 130574-233-
CHARGE ACCOUNT NUMBER 130574-233-

CITIZENS BANK - 101
CUSTOMER SERVICE
1-800-922-9999


SOUTHERN REALTY TRUST
53-7013/2113
1586
03/12/07 E1325 T1336 P24 0533788014
DATE MAR 7, 07
PAY TO THE ORDER OF Hinckleys
$ 150,000.00
One Hundred Fifty Thousand 00/00 DOLLARS
Nantucket Bank
a division of Sovereign Bank
STOP PAYMENT
MEMO Biscuit
⑆211370134⑆ 88 0207573⑈ 1586 ⑈0015000000⑈

attn: Norman

EXHIBIT
H