**Matt**

---

**From:** Matthew Smith [mmajs@cox.net]

**Sent:** Monday, May 22, 2006 4:55 PM

**To:** Billy Cassidy (islandhousing@aol.com)

**Subject:** Sea Biscuit progress

Billy,

I am not happy with the progress that Hinckley is making on Sea Biscuit. They had planned on starting the engine installation as soon as the engine room was painted and although that work was complete 2 weeks ago, the engine work has not begun.

I spoke to Joe Kiley and James Kerr today about the schedule and the delay, told them I was concerned and they indicated that they will have mechanics back on the boat next week and carpenters the following week. They are still confident that the work will be completed in October with enough time to install the tower and wrap up the electronics by November. Their labor problems are due to the rush to finish and launch boats for the Memorial day weekend.

The engine room, lazzerette and bilge paint does look good and although it is not Rhino Lining, I think you will be happy with the finish and durability. I will give you a call next week to confirm that the engines work has begun.

Best regards,

Matt



EXHIBIT I

Blumberg No. 5118