Meeting 1/19/07

**Kiley, Joseph**

**From:** Matt [mattsmithna@gmail.com]

**Sent:** Friday, January 19, 2007 9:36 PM

**To:** Kiley, Joseph; Manghan, Christopher; Frank, David R; Wales, Lewis T; Mullen, David; Lopes, Roy; Preston, Mark

**Cc:** cec378@aol.com

**Subject:** Friday 1/19 meeting notes

All in Attendance.

Here are my notes from this afternoons meeting with Billy on Friday, 1/19.

Carpentry

1) Galley reefer / freezer will be a drop in Figoboat system with custom raised panel mahogany door panels. Mark Preston will order the units now so that Roy has them on hand when he starts the galley cabinetry.
2) Cockpit port side settee will have 12" deep tackle drawers in the inboard face with the bait freezer outboard. I (Matt) will draw this settee so that Mark can finalize the freezer dimensions.
3) Interior mahogany to have gloss varnish build up with final coat of rubbed effect varnish.
4) Forward head and shower to be finished with marble tile sole, bulkheads, lockers, doors and shower floor. Counter top to be one piece marble with undermount corian sink. Roy to research availability of tile and bullnose profiles. Marble faces on the cabinets and locker doors could be a problem. I would suggest that HYS prepare a ballpark up-charge for the marble option as compared to white formica with mahogany trim.
5) Billy approved the mock up interior with its changes over the original interior arrangement drawing. The plan is to also mock up the main saloon as soon as the engine soft patch panels go down.
6) Counter tops in bunk area are to be mahogany. Hull ceilings outboard are to be vertical bead board painted white.
7) Main saloon over head panels in between deck beams are also to be white painted bead board.
8) Overheads in bunk area is to be off-white or cream colored vinyl. Stark white may be too bright.
9) Overheads in head is to be formica.
10) Billy would like main bulkheads at foot and head of bunk to be raised panel. I will draw up style details and get Billy's approval before moving forward.
11) Main salon glass is Bronze tinted.
12) Flybridge windshield at forward end of bridge deck to be bronze tinted acrylic and match the original style and dimensions.
13) I can not find my notes on the galley marble color so I will ask Billy to confirm his choice.
14) Roy estimated that the time to add an anchor locker hatch would be about 40 hrs. ($2,600 + materials) hatch would allow a fresh water washdown and hose to be stored fwd and the door in the head into the anchor locker eliminated. Billy indicated that he would like to add the hatch based on this cost.

Mechanical

1) Cat remote control in cockpit to have plug on stbd side aft of the day head.
2) Forward head to have blower with inlet located in shower overhead and outlet on hull side with clamshell vent. Blower to be located in port fwd locker.
3) I sent info to Bob Munro and Chris for eight Soundown rubber stanchion isolators. Parts should be ordered as soon as possible.
4) I will be responsible for collecting all owners manuals and organizing them in a binder for Billy.



HYS-0140

EXHIBIT 5

Blumberg No. 5118

Systems
1) Billy approved the Frigoboat reefer/freezer units in the galley with engine room mounted compressors.
2) Billy approved the C-Bea salt water ice machine and the modifications to the fighting chair foundation.
3) Stainless steel fish box liner will not have a self draining gutter, only a rubber gasket. Hatch will be water resistant and Billy is not worried about rain water getting into the box. The box will hold about 120 gal. of water. Hatch dogs will be stainless steel ABI hatch dogs.
4) Billy would like to plumb two macerators into the single fishbox drain with a single over board discharge. The macerator should be easily accessible for maintenance.

Electrical
1) Circuit for forward head blower needs to be added to the panel.
2) Light switches to be Vimar. The only lights that will dim will be overhead lights in main salon and bunk area.
3) Courtesy light switch will be next to overhead light switch. Interior courtesy lights in main salon, bunk area and head.
4) Interior lights are white only, no red lights in interior.
5) Lights to be flush with chrome or stainless steel trim ring. Main salon lights are surface dome lights of similar style. Billy does not need individual switches on each light.
6) Billy wants P/S Dc outlets under cockpit coamings for downriggers.
7) Engine room fans will be turned on by breaker at panel. No timer or heat sensor is needed.
8) There will be 3 bilge pumps. Each pump will have a manual override switch near the pump so that if you open the hatch and see water you can turn the pump on right there and see and hear the pump running. The bilge pump panel will be at the flybridge helm area.
9) There will be an audible bilge pump high water alarm at the bilge pump panel and in the engine room.
10) The two under water lights will shine down and be located as far aft as possible. The lights will be turned on by the breaker at the panel.
11) There will be a combination smoke and CO2 sensor in the over head at the galley and in the forward head. (2) total.
12) There will be no cigarette lighter outlet at the helm. Only a 2 prong DC outlet for handheld spotlight.
13) Shore power, cable TV and dockside phone hook up to be located on Stbd side aft of day head under side deck.

Electronics
1) Billy wants a 36" TV in the main salon. Sony makes a 32" and 40" Bravia XBR LCD TV so the TV will most likely be the 40", Sony p/n KDL-40XBR3. Dimensions are 43.7" x 25.9" x 4.8". I will confirm size with Billy.
2) The TV at foot of bunk to be a 26" Sony Bravia XBR, #KDL-V26XBR1. Dimensions are 29.6" x 18.6" x 4.5".
3) Billy would like a Bose surround sound system for TV in Bunk area. Dave Frank to recommend best choice for Bose system.
4) Billy and Dave Frank to meet in Miami to finalize electronics specs.

General
1) Next meeting with Billy will be Wednesday, Jan 24. Billy to confirm his arrival time.

---