IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE TALARIA COMPANY, LLC,
d/b/a THE HINCKLEY COMPANY
and HINCKLEY YACHT SERVICES,

Plaintiff,

v.

M/V SEA BISCUIT (O.N. 590706), Her Engines, Machinery, Tackle, Apparel, Appurtenances, etc., *in rem*,

Defendant.

CIVIL ACTION NO. 07-213S
IN ADMIRALTY

**ASSENTED TO MOTION TO CONTINUE TRIAL**

NOW COMES plaintiff, The Talaria Company, LLC, doing business as The Hinckley Company and Hinckley Yacht Services (collectively referred to as "Hinckley"), and by its attorney, pursuant to the provisions of Local Rule 39.2, hereby moves this Honorable Court for a continuance of the bench trial in this case from May of 2008 to June of 2008.

As grounds for this motion, plaintiff states that the parties continue to negotiate toward an amicable resolution of their disputes. The parties have previously appeared for mediation and settlement conferences before The Honorable Robert W. Lovegreen, United States Magistrate Judge (Ret.) on October 23, 2007; December 19, 2007 and January 24, 2008. The parties met again with counsel at plaintiff's facility for two hours on Friday, April 11, 2008. The claimant, Mr. William P. Cassidy, owner of defendant vessel, has asked plaintiff to provide estimates to complete several open items of work on the vessel.

Although the parties have not formalized their settlement, a working proposal exists and the undersigned believes that both sides are working in good faith toward a resolution of the action.

WHEREFORE, for the reasons shown, plaintiff, The Talaria Company, LLC, doing business as The Hinckley Company and Hinckley Yacht Services, respectfully requests that the trial in this case be rescheduled from May of 2008 to June of 2008. Plaintiff has conferred with defendant whose counsel has given his assent to this motion.

Dated: April 14, 2008

Respectfully submitted,

THE TALARIA COMPANY, LLC,
By its attorneys,
PARTRIDGE SNOW & HAHN LLP

/s/ Norman A. Peloquin, II
Norman A. Peloquin, II, *Of Counsel*
(RI Bar No. 4146)
180 South Main Street
Providence, RI 02903
Tel.: (401) 861-8200
Fax: (401) 861-8210
E-mail: nap@psh.com

Assented to:

/s/ James T. Murphy
James T. Murphy
(RI Bar No. 1698)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
Tel. (401) 421-2154
Fax (401) 521-7040

979193_1